# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHRISTOPHER C. CARTER,**

    **Plaintiff,**

**v.**                                                   **Case No:  6:12-cv-762-Orl-37GJK**

**STATE OF FLORIDA, JON BERKLEY MORGAN, JOSEPH PATE and JAMES WESTERFELT,**

    **Defendants.**

_____/

## ORDER

This cause is before the Court on Plaintiff's Affidavit of Indigency, construed as a motion for leave to proceed *in forma pauperis*, (Doc. No. 8) filed on June 25, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the Amended Complaint (Doc. No. 7) be dismissed as frivolous.

After an independent review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation (Doc. No. 9).  Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. No. 9), filed on July 24, 2012, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Affidavit of Indigency, construed as a motion to proceed *in forma pauperis* (Doc. No. 8), filed on June 25, 2012, is **DENIED**.

    3.    The Amended Complaint (Doc. No. 7) is **DISMISSED** as frivolous.

4. The Clerk is directed to close the case and send a copy of this Order to Plaintiff by Certified Mail.

**DONE** and **ORDERED** in Orlando, Florida on August 21, 2012.

ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge
Gregory J. Kelly